# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0097
Lower Tribunal No. 2023-DR-001630

_____

I.A.,

Appellant,

v.

N.A.,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Michael Deen, Judge.

July 10, 2026

PER CURIAM.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory."); *Joyner v. Worley*, 264 So. 3d 260, 261 (Fla. 1st DCA 2019) ("Our review is hindered by the lack of a transcript. Some of the father's appellate arguments are facially plausible, but without a transcript we cannot determine whether many of the asserted

errors were preserved for appeal and—if they were—whether they were indeed errors."); *Williams v. Williams*, 152 So. 3d 702, 704 (Fla. 1st DCA 2014) ("[W]here an error by the court appears for the first time on the face of a final order, a party must alert the court of the error via a motion for rehearing or some other appropriate motion in order to preserve it for appeal.").

NARDELLA, BROWNLEE and GANNAM, JJ., concur.

I.A., Orlando, pro se.

Mitchel B. Krause, Longwood, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED